1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   AUTODESK, INC., a Delaware           CASE NO.
12 corporation,
                                        **COMPLAINT FOR DAMAGES AND
13              Plaintiff,              INJUNCTIVE RELIEF**

14       v.

15 FLANDERS/CSC, LLC, a North Carolina
   limited liability company; and FLANDERS
16 FILTERS, INC., a North Carolina
   corporation,
17
                Defendants.
18

Plaintiff Autodesk, Inc. ("Autodesk"), for its complaint against Defendants Flanders/CSC, LLC, a North Carolina limited liability company, and Flanders Filters, Inc., a North Carolina corporation (collectively "Defendants"), states and alleges as follows:

## JURISDICTION AND VENUE

## PARTIES

1. Autodesk is a Delaware corporation with its principal place of business in San Rafael, California.

2. On information and belief, Autodesk alleges that Defendant Flanders/CSC, LLC is a North Carolina limited liability company, with its principal place of business in Bath, North Carolina.

3. On information and belief, Autodesk alleges that Defendant Flanders Filters, Inc. is a North Carolina corporation, with its principal place of business in Washington, North Carolina.

## JURISDICTION

4. This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claim relating to copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

5. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk is located in California, and that Defendants directed and aimed their alleged unauthorized activity at Autodesk, which is located in the Northern District of California. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk would likely suffer the brunt of the harm caused by Defendants in California at Autodesk's principal place of business. The complained of activities caused Autodesk to bear the brunt of the harm in California at its principal place of business in San Rafael, California within this District.

## VENUE

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a).

Plaintiff Autodesk, Inc. ("Autodesk"), for its complaint against Defendants Flanders/CSC, LLC, a North Carolina limited liability company, and Flanders Filters, Inc., a North Carolina corporation (collectively "Defendants"), states and alleges as follows:

## JURISDICTION AND VENUE

## PARTIES

1. Autodesk is a Delaware corporation with its principal place of business in San Rafael, California.

2. On information and belief, Autodesk alleges that Defendant Flanders/CSC, LLC is a North Carolina limited liability company, with its principal place of business in Bath, North Carolina.

3. On information and belief, Autodesk alleges that Defendant Flanders Filters, Inc. is a North Carolina corporation, with its principal place of business in Washington, North Carolina.

## JURISDICTION

4. This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claim relating to copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

5. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk is located in California, and that Defendants directed and aimed their alleged unauthorized activity at Autodesk, which is located in the Northern District of California. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk would likely suffer the brunt of the harm caused by Defendants in California at Autodesk's principal place of business. The complained of activities caused Autodesk to bear the brunt of the harm in California at its principal place of business in San Rafael, California within this District.

## VENUE

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a).

**INTRADISTRICT ASSIGNMENT**

7. Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

**GENERAL ALLEGATIONS**

**The Business of Autodesk**

8. Autodesk is in the business of developing and marketing computer software programs recorded on various media, including among others magnetic disks (hereinafter referred to as "software"), for use on microcomputers of the type commonly referred to as "personal computers." Autodesk packages and distributes its software together with associated user instruction manuals (referred to herein as "reference manuals"), end-user license agreements, and other documentation.

9. Autodesk has made and continues to make a substantial investment of time, effort, and expense in the design, development, testing, manufacturing, and marketing of its computer software products.

10. Four (4) of Autodesk's software products are AutoCAD® Release 13 software; AutoCAD® Release 14 software; AutoCAD® 2000 software; and AutoCAD® LT 2002 software, each of which is a computer aided design program. These products are referred to collectively hereinafter as the "Autodesk Products."

11. The Autodesk Products, their reference manuals, and other documentation packaged and distributed with the Autodesk Products contain a large amount of material wholly original with Autodesk and are copyrightable subject matter under the laws of the United States.

12. At all times herein relevant, Autodesk complied in all respects with the U. S. Copyright Act, 17 U.S.C. §§ 101, *et seq.*, (the "Copyright Act") and secured the exclusive rights and privileges in and to the copyrights in the Autodesk Products and their reference manuals. Each of the aforementioned works is an original work, copyrightable under the Copyright Act, and has been timely registered in full compliance with the Copyright Act. Autodesk has received Certificates of Registration from the Register of Copyrights for the Autodesk Products and their reference manuals, copies of which are attached hereto as Exhibits A through D.

-2-

13. Since the dates of their respective registrations, the Autodesk Products and their reference manuals, as well as other documentation referred to above, have been published by Autodesk or under its authority. All copies of said items made by Autodesk or under its authority have been published in strict conformity with the provisions of the Copyright Act, including 17 U.S.C. §§ 401-412. Autodesk has thereby fully maintained the validity of the copyrights in these works.

14. Since the creation of the Autodesk Products, their reference manuals, and other accompanying documentation, Autodesk has been and Autodesk still is the sole proprietor of all rights, title, and interest in and to the copyrights in the Autodesk Products and the accompanying documentation, including the reference manuals, and the Certificates of Registration corresponding therewith. Autodesk has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Autodesk Products, their reference manuals and/or other accompanying documentation.

## The Business of Defendants

15. Autodesk is informed and believes and thereon alleges that Defendants are in the business of designing, manufacturing and marketing high-efficiency particulate air filters used by the hospital, pharmaceutical, and nuclear energy industries, for which purpose Defendants use and have used the Autodesk Products. To conduct this business, Defendants have engaged in the unauthorized reproduction of the Autodesk Products. Autodesk is informed and believes and thereon alleges that Defendants willfully and intentionally engaged in the conduct complained of herein.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

16. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 15 as though fully set forth.

17. Defendants' acts constitute infringement of Autodesk's copyrights in the Autodesk Products in violation of the Copyright Act.

18. Autodesk is informed and believes and thereon alleges that Defendants'

-3-

reproduction of the Autodesk Products was deliberate, willful, malicious, oppressive, and without regard to Autodesk's proprietary rights.

19. Defendants' copyright infringement has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet ascertained.

20. Defendants' copyright infringement, and the threat of continuing infringement, has caused, and will continue to cause, Autodesk repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants. Therefore, Defendants should be restrained and enjoined pursuant to the Copyright Act.

**PRAYER FOR RELIEF**

WHEREFORE, Autodesk prays as follows:

1. That the Court issue a preliminary injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

(a) Copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using any unauthorized copies of the Autodesk Products;

(b) Otherwise infringing any of Autodesk's copyrights;

(c) Destroying any documents or software, including, but not limited to, business records that pertain to the copying, reproduction, manufacture, duplication, dissemination, distribution, or use of any articles infringing any of Autodesk's copyrights; and

(d) Destroying any copies of infringing materials pertaining to the Autodesk Products;

2. That the Court issue a permanent injunction making permanent the orders

-4-

requested in paragraphs 1(a) and (b) of this Prayer for Relief;

3. That Autodesk be awarded for Defendants' copyright infringement either: (1) actual damages in an amount to be determined at trial, together with Defendants' profits derived from its unlawful infringement of Autodesk's copyrighted Autodesk Products; or (2) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504, at Autodesk's election before the entry of a final judgment;

4. That the Court issue an order requiring Defendants to file with this Court and serve on Autodesk within thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

5. That the Court issue an order requiring Defendants to destroy all infringing copies of the Autodesk Products;

6. That the Court award Autodesk its attorneys' fees pursuant to 17 U.S.C. § 505;

7. That the Court award Autodesk its costs of suit incurred herein; and

8. That the Court grant such other and further relief as it deems just and proper.

Dated: October __1__, 2007    DONAHUE GALLAGHER WOODS LLP

By: /s/ Lawrence K. Rockwell
Lawrence K. Rockwell
Attorneys for Plaintiff
AUTODESK, INC.

CERTIFICATE OF REGISTRATION

Case 3:07-cv-05055-WHA    Document 1    Filed 10/01/2007    Page 7 of 14

FORM TX
a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGIST
TX 4-017-069

EFFECTIVE DATE OF REGISTRATION

Feb.  17,  1995
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

AutoCAD Release 13

PREVIOUS OR ALTERNATIVE TITLES ▼
AutoCAD Release 12, AutoCAD Release 11, AutoCAD 386 (Release 10), AutoCAD (Release 10), AutoCAD (Release 9), AutoCAD (Version 2.62), AutoCAD (Version 2.5), AutoCAD (Version 2.0)

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** 
**a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  XX No
Pseudonymous?    ☐ Yes  XX No

If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law the "author" of a "work made for hire" is generally the...

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Editorial revisions to text of computer program and corresponding manuals.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
1994

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 28,    Year ▶ 1994
United States of America  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Autodesk, Inc.
111 McInnis Parkway
San Rafael, California 94903

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB. 17. 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 17. 1995 ✱
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXHIBIT A

Special relief granted under
920.52 of 37 C.F.R.

EXAMINED BY TMS

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

FORM TX

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 3-174-315, Reg. Date 1991; TX 2-513-864, Reg.Date 1989; TX 2-254-911, Reg.Date 1987; TX 2-144-147, Reg.Date 1987;
TX 2-118-310, Reg. Date 1987; TX 1-735-843, Reg. Date 1986

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD Release 12, AutoCAD Release 11, AutoCAD 386 (Release 10), AutoCAD (Release 10), AutoCAD (Release 9),
AutoCAD (Version 2.62), AutoCAD (Version 2.5), AutoCAD (Version 2.0)

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New Manuals.  New code providing new files and revised files in the program.

**6**

See Instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Eric Doney
DONAHUE, GALLAGHER, WOODS & WOOD
591 Redwood Highway, Suite 1200
Mill Valley, California 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Autodesk, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Doney                                           date ▶ February 16, 1995

Handwritten signature (X) ▼
/s/ Eric Doney

MAIL CERTIFI- CATE TO

Name ▼
Eric Doney
DONAHUE, GALLAGHER, WOODS & WOOD
Number/Street/Apartment Number ▼
591 Redwood Highway, Suite 1200
City/State/ZIP ▼
Mill Valley, California 94941

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1993—400,000  ⓔ PRINTED ON RECYCLED PAPER   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,020

# CERTIFICATE OF REGISTRATION

**FORM TX**

TX 4-558-849

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

JUL 09 1997

Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

AutoCAD Release 14 and User's Manuals

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
New code providing new files and revised files in the program and new manuals.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
1997

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 9,    Year ▶ 1997
United States of America    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Autodesk, Inc.
111 McInnis Parkway
San Rafael, California 94903

APPLICATION RECEIVED
JUL 09 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 09 1997
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT B

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼
TX 4-177-416, Reg.Date 1996; TX 3-983-327, Reg.Date 1995; TX 3-622-953, Reg.Date 1993; TX 3-381-216, Reg.Date 1992; TX 3-026-664, Reg.Date 1991; TX 2-513-864, Reg. Date 1989; TX 2-454-211, Reg.Date 1989; TX 2-144-147, Reg.Date 1987; TX 2-118-338, Reg. Date 1987; TX 1-715-843, Reg. Date 1986

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD Release 13, AutoCAD Release 12, AutoCAD Release 11, AutoCAD 386 (Release 10), AutoCAD (Release 10), AutoCAD (Release 9), AutoCAD (Version 2.62), AutoCAD (Version 2.5), AutoCAD (Version 2.0)

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New code providing new files and revised files in the program and new manuals.

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See Instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼
Donahue, Gallagher, Woods & Wood, LLP     DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Eric Doney
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
591 Redwood Highway, Suite 1200
Mill Valley, California 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Autodesk, Inc.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Doney                                    Date ▶ 4/8/97

Handwritten signature (X) ▼
_/s/ Eric Doney_

MAIL CERTIFI-CATE TO

Name ▼
Eric Doney
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
Number/Street/Apt ▼
591 Redwood Highway, Suite 1200
City/State/ZIP ▼
Mill Valley, California  94941

Certificate will be mailed in window envelope

**11**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

995—300,000    ♻ PRINTED ON RECYCLED PAPER                    ✩U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/47

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL.

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 4-967-648

EFFECTIVE DATE OF REGISTRATION
June 11, 1999
Month   Day   Year

CONTINUATION SHEET.

---

**1**  TITLE OF THIS WORK ▼
AutoCAD 2000 and User's Guides

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a**  NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and new User's Guides.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1999   ◀ Year   This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 29   Year ▶ 1999
United States of America   ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
JUN 11 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 11 1999
FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of  2  pages

**EXHIBIT C**

FORM TX

EXAMINED BY  TMS

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 2-254-911 (1987); TX 2-144-147 (1987); TX 2-118-338 (1987); TX 1-735-843 (1986)
TX 4-558-849 (1997); TX 4-177-416 (1996); TX 3-983-327 (1995); TX 3-622-953 (1993); TX 3-381-216 (1992); TX 3-026-664 (1991); TX 2-513-864 (1989);

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Miscellaneous computer programs and software licensed by third parties.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and new User's Guides.

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
Donahue, Gallagher, Woods & Wood, LLP              DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Eric Doney, Esq.
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                        ☐ author
Check only one ▶       ☐ other copyright claimant
                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of Autodesk, Inc.
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Doney                                                              Date ▶ 6/9/99

Handwritten signature (X) ▼
*(signature)*

MAIL CERTIFICATE TO

Name ▼
Eric Doney, Esq.     DONAHUE, GALLAGHER, WOODS & WOOD, LLP

Number/Street/Apt ▼
Certificate will be mailed in window envelope
591 Redwood Highway, Suite 1200

City/State/ZIP ▼
Mill Valley, CA 94941

• Complete all necessary spaces
• Sign your application in space 10
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
May 1995—300,000                                                                                                     ☼U.S. COPYRIGHT OFFICE WWW FORM: 1995

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-390-384

EFFECTIVE DATE OF REGISTRATION

AUG 30 2001

Month ____ Day ____ Year ____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
AutoCAD LT 2002 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and User's Guide.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 15  Year ▶ 2001
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
AUG 30 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 30 2001
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

EXHIBIT D

DO NOT WRITE HERE

EXAMINED BY
CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 4-273-425                                                     (1999)

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD LT 2000 and User's Guides; miscellaneous software code licensed by third parties.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

**7** —space deleted—

**8 REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**9 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
Donahue, Gallagher, Woods & Wood, LLP               DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Osder, Esq.
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
Area Code and Telephone Number ▶ (415) 381-4161

**10 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Autodesk, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Osder                                    Date ▶ 28 August 01

Handwritten signature (X) ▼

**11 MAIL CERTIFICATE TO**
Name ▼
Jonathan N. Osder, Esq.    DONAHUE, GALLAGHER, WOODS & WOOD, LLP
Number/Street/Apt ▼
591 Redwood Highway, Suite 1200
City/State/ZIP ▼
Mill Valley, CA 94941

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000                                              ⊕U.S. COPYRIGHT OFFICE WWWFORM: 1995