1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 AUTODESK, INC., a Delaware          CASE NO.
   corporation,
13                                     **CERTIFICATION OF INTERESTED
              Plaintiff,               ENTITIES OR PERSONS**
14
         v.
15
   FLANDERS/CSC, LLC, a North Carolina
16 limited liability company; and FLANDERS
   FILTERS, INC., a North Carolina
17 corporation,

18            Defendants.

19
20
21
22
23
24
25
26
27
28

**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October __1__, 2007          DONAHUE GALLAGHER WOODS LLP

By: _____/s/ Lawrence K. Rockwell_____
Lawrence K. Rockwell
Attorneys for Plaintiff
AUTODESK, INC.