1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT

10             SAN FRANCISCO DIVISION

11

12 | AUTODESK, INC., a Delaware corporation, | CASE NO. C07-05055 WHA
13 |                                         | AFFIDAVIT OF SERVICE OF PROCESS ON DEFENDANT FLANDERS/CSC, LLC
   | Plaintiff,                              |
14 |                                         |
15 | v.                                      |
   | FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation, |
16 |                                         |
17 |                                         |
18 | Defendants.                             |

# Affidavit of Process Server

_____
(NAME OF COURT)

| AUTODESK, INC. | vs FLANDERS CORPORATION | |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, JOSEPH WELLS_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served ~~James Mercer~~ *Thomas Morse, General Manager* or any other managing general agent of Flanders/CSC, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Complaint, Civil Cover Sheet, Summons, Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference *and ADR Deadlines. A copy of Judge Joseph C. Spero's Standing Orders, A copy of standing orders Regarding the Joint Case Management Statement, Welcome and Guidelines For the Northern District of California, Notice of Assignment of A Case to a U.S. Magistrate Judge, Consent Form and Declaration Form, ECF Registration Infor. Handout.*

by leaving with
→ NAME                RELATIONSHIP

☐ Residence _____
          ADDRESS                CITY / STATE
☒ Business  531 FLANDERS FILTERS ROAD    WASHINGTON, NC 27889
          ADDRESS                CITY / STATE

On OCTOBER _03_ 2007        AT    2:53 p.m.
         DATE                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                          DATE
from_____
     CITY      STATE      ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof. *Thomas Morse, General Manager*
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                  DATE      TIME          DATE      TIME
(3)_____ (4)_____ (5)_____
     DATE      TIME         DATE      TIME         DATE      TIME

**Description:** Age _38_ Sex _M_ Race _W_ Height _6'_ Weight _140_ Hair _Brn_ Beard _No_ Glasses _No_

_Joseph G. Wells_ (signature)
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _03_ day of _October_, 2007

_Angela E. Alcock_ (signature)
SIGNATURE OF NOTARY PUBLIC
Angela E. Alcock
NOTARY PUBLIC for the state of NORTH CAROLINA
My Commission expires: Feb. 10, 2008

NAPPS
FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

James Mercer
Case 3:07-cv-05055-WHA     Document 10     Filed 10/10/2007     Page 3 of 3
J 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE: October, 03 2007

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Joseph Wells
TITLE: Private Investigator

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
Thomas Morse, General Manager, Flanders Filters, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October, 03, 2007
Date

Signature of Server: Joseph E. Wells

Address of Server: 305 New Bern St. Washington, NC 27889

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure