LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUTODESK, INC., a Delaware corporation, | CASE NO. C 07-05055 WHA |
|---|---|
| Plaintiff, | **PROOF OF SERVICE – CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE OR REASSIGNMENT AND SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP** |
| v. | |
| FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation, | |
| Defendants. | |

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On October 18, 2007, I served copies of the attached document(s) entitled:

CLERK'S NOTICE SCHEDULING INITIAL CASE
MANAGEMENT CONFERENCE OR REASSIGNMENT

SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE IN CIVIL CASES
BEFORE JUDGE WILLIAM ALSUP

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Jeffrey G. Korn, Esq.
#8 1515 Resaca Blvd.
Austin, TX 78738

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 18, 2007, at Oakland, California.

_____
Christi D. Graber

*Name of Case:   Autodesk, Inc. v. Flanders/CSC, Inc.*
*Name of Court and Case Number:   U.S. District Court, Northern District of California, Case No. 07-05055 WHA*