```
 1  LAWRENCE K. ROCKWELL, #72410
    ERIC W. DONEY, #76260
 2  JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
 3  Attorneys at Law
    300 Lakeside Drive, Suite 1900
 4  Oakland, California 94612-3570
    Telephone:   (510) 451-0544
 5  Facsimile:   (510) 832-1486
    Email: julie@donahue.com
 6
    Attorneys for Plaintiff
 7  AUTODESK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation,<br><br>　　　　Defendant. | CASE NO.  C 07-05055 WHA<br><br>CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[CIVIL LOCAL RULES 6-3]<br><br>Current CMC Date:  January 10, 2008<br>Requested Date:    April 10, 2008<br>Time:              11:00 a.m.<br>Location:          Courtroom 9, 19th Floor<br>Judge:             Hon. William H. Alsup |

---

CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　CASE NO. C07-05055 WHA

Pursuant to Civil L.R. 6-3, plaintiff Autodesk, Inc. ("Autodesk"), by and through its counsel Julie E. Hofer of Donahue Gallagher Woods LLP, hereby moves this Court for an order that the Case Management Conference currently scheduled for January 10, 2008 be extended until April 10, 2008 at 11:00 a.m. Counsel for defendants Flanders/CSC, LLC, a North Carolina limited liability company, and Flanders Filters, Inc., a North Carolina corporation (collectively "Defendants") has consented to this request

Autodesk and Defendants have settled this matter with terms that require performance by April 1, 2008 that would eliminate the need for the Case Management Conference, as well as any additional items on the Court's calendar.

This Consent Motion is supported by the Declaration of Julie E. Hofer submitted concurrently herewith.

Dated: December 31, 2007                    DONAHUE GALLAGHER WOODS LLP


By:  /S/ Julie E. Hofer
     Julie E. Hofer
     Attorneys for Plaintiff
     AUTODESK, INC.