LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:  (510) 451-0544
Facsimile:  (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation,<br><br>Defendant. | CASE NO. C 07-05055 WHA<br><br>DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[CIVIL LOCAL RULES 6-3]<br><br>Current CMC Date:  January 10, 2008<br>Requested Date:  April 10, 2008<br>Time:  11:00 a.m.<br>Location:  Courtroom 9, 19th Floor<br>Judge:  Hon. William H. Alsup |

I, Julie E. Hofer, declare as follows:

1. I am a partner in the law firm of Donahue Gallagher Woods LLP, counsel for plaintiff Autodesk, Inc. ("Autodesk"). I have personal knowledge of the matters stated herein, and if called as a witness could and would competently testify thereto.

2. On October 12, 2007, I received a copy of the Clerk's Notice Scheduling Initial Case Management Conference notifying Autodesk that a Case Management Conference ("CMC") has been scheduled for January 10, 2008. A copy of the Notice was served by Autodesk on defendants Flanders/CSC, LLC, a North Carolina limited liability company, and Flanders Filters, Inc., a North Carolina corporation (collectively "Defendants") on October 18, 2007.

3. The parties have resolved this matter with terms that require performance of certain actions by April 1, 2008. Once those terms have been performed, the parties will file a stipulation to dismiss this action, eliminating the necessity for the CMC. Thus, the parties respectfully request that the current CMC date be continued to April 10, 2008. On December 31, 2007 I spoke to Jeffrey Korn, counsel for Defendants, and he agreed that the parties should request this extension.

4. To date, there have been no other time modifications in this matter.

5. The anticipated effect of the above-requested modification will be to save this Court from expending further time on this action if the settlement is concluded before the requested date, and if not there is no anticipated prejudice to the Court or any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of December, 2007 in Oakland, California.

_____
Julie E. Hofer

-1-