LAWRENCE K. ROCKWELL, #72410
ERIC W. DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation,<br><br>Defendant. | CASE NO.  C 07-05055 WHA<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1  The Court having considered the Consent Motion To Continue Case Management
2  Conference filed by plaintiff Autodesk, Inc. and consented to by defendants Flanders/CSC, LLC
3  and Flanders Filters, Inc.,

4  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled
5  for January 10, 2008 at 11:00 a.m. is continued to April 10, 2008 at 11:00 a.m. and that all related
6  dates be adjusted accordingly.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Judge