LAWRENCE K. ROCKWELL, #72410
ERIC W. DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation,<br><br>            Defendant. | CASE NO.   C 07-05055 WHA<br><br>**PROOF OF SERVICE – CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE, DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE, [PROPOSED] ORDER** |

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On December 31, 2007, I served copies of the attached document(s) entitled:

CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Jeffrey G. Korn, Esq.
#8 1515 Resaca Boulevard
Austin, Texas 78738

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[ ] **BY FEDERAL EXPRESS.** I deposited such envelope in a Federal Express depository at Oakland, California.

[ ] **BY FACSIMILE SERVICE.** I transmitted such document(s) via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2007, at Oakland, California.

_____
Christi D. Graber

*Name of Case*: *Autodesk, Inc. v. Flanders/CSC, LLC*
*Name of Court and Case Number*: *C 07-05055 WHA*

PROOF OF SERVICE