IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLANDERS/CSC, LLC., a North Carolina limited liability company, and FLANDERS FILTERS, INC., a North Carolina corporation, <br><br> Defendant. | No. C 07-05055 WHA <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Unfortunately, the request to postpone the case management conference for ninety days must be **DENIED**. The Court has learned the hard way that claimed settlements do not pan out. The declaration of Julie Hofer merely says that the parties have "resolved this matter," leaving open whether there is a written, firm and final settlement that will eventually lead to a dismissal. In fact, the declaration implies that the case will not be dismissed if certain actions are not performed by April 1, 2008. Thus, the case management conference must go forward as set.

**IT IS SO ORDERED.**

Dated: January 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE