1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com

6  Attorneys for Plaintiff
7  AUTODESK, INC.

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 | AUTODESK, INC., a Delaware corporation | CASE NO. C 07-05055 WHA
14 |                                        | SUPPLEMENTAL DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
15 |               Plaintiff,               |
   | v.                                     |
16 |                                        | [CIVIL LOCAL RULES 6-3]
17 | FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation, | Current CMC Date:    January 10, 2008
18 |                                        | Requested Date:      April 10, 2008
   |                                        | Time:                11:00 a.m.
19 |               Defendant.               | Location:            Courtroom 9, 19th Floor
   |                                        | Judge:               Hon. William H. Alsup

20

---

SUPPLEMENTAL DECLARATION OF JULIE E. HOFER          CASE NO. C07-05055 WHA

I, Julie E. Hofer, declare as follows:

1. I am a partner in the law firm of Donahue Gallagher Woods LLP, counsel for plaintiff Autodesk, Inc. ("Autodesk"). I have personal knowledge of the matters stated herein, and if called as a witness could and would competently testify thereto.

2. Autodesk and defendants Flanders/CSC, LLC, a North Carolina limited liability company, and Flanders Filters, Inc., a North Carolina corporation, have entered into a Settlement Agreement with an effective date of December 22, 2007. The Settlement Agreement contains certain conditions regarding payments, delivery of software licenses, and destruction of copies of software that must be performed by April 1, 2008, at which time the parties have agreed to file a stipulated dismissal of this matter, dismissing the monetary claims for relief with prejudice. If the Court requires a filing prior to April 1, 2008, the parties will file either a Stipulated Judgment (if payment has not been completed) or a Stipulated Dismissal without prejudice (if payment has been made, but the other terms have not been performed).

3. Thus, the parties request that the Case Management Conference be rescheduled to April 10, 2008 to allow for completion of the terms set forth in the executed Settlement Agreement and filing of the Stipulated Dismissal to resolve completely this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2008 in Oakland, California.

_____
Julie E. Hofer