1  LAWRENCE K. ROCKWELL, #72410
   ERIC W. DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

13 | AUTODESK, INC., a Delaware corporation, | CASE NO.  C 07-05055 WHA |
|---|---|
| Plaintiff, | **PROOF OF SERVICE -- ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE, SUPPLEMENTAL DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS FILTERS, INC., a North Carolina corporation, | |
| Defendant. | |

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On January 2, 2008, I served copies of the attached document(s) entitled:

ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

SUPPLEMENTAL DECLARATION OF JULIE E. HOFER IN SUPPORT OF CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Jeffrey G. Korn, Esq.
#8 1515 Resaca Boulevard
Austin, Texas 78738

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[ ] **BY FEDERAL EXPRESS.** I deposited such envelope in a Federal Express depository at Oakland, California.

[ ] **BY FACSIMILE SERVICE.** I transmitted such document(s) via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 2, 2008, at Oakland, California.

_____
Christi D. Graber

*Name of Case:* Autodesk, Inc. v. Flanders/CSC, LLC
*Name of Court and Case Number:* C 07-05055 WHA

---

PROOF OF SERVICE