IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation,

    Plaintiff,

    v.

FLANDERS/CSC, LLC., a North Carolina limited liability company, and FLANDERS FILTERS, INC., a North Carolina corporation,

    Defendant.
                                           /

No. C 07-05055 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference, currently set for January 10, 2008, is **CONTINUED** to **APRIL 10, 2008, AT 11:00 A.M.** All initial deadlines are extended accordingly. Please file a joint case management conference statement no later than April 3, 2008.

    **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: January 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE