1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email:       julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13  AUTODESK, INC., a Delaware corporation,

14              Plaintiff,

15     v.

16  FLANDERS/CSC, LLC, a North Carolina limited liability company; and FLANDERS
17  FILTERS, INC., a North Carolina corporation,

18              Defendants.

19

CASE NO. C07-05055 WHA

**STIPULATION; ORDER OF DISMISSAL; RETENTION OF JURISDICTION**

1  Plaintiff, Autodesk, Inc. ("Autodesk"), by and through its counsel, Julie E. Hofer of Donahue Gallagher Woods LLP, and defendants, Flanders/CSC, LLC and Flanders Filters, Inc. ("Defendants"), by and through the undersigned officers and counsel, hereby stipulate to the following:

1. Defendants and each of their respective officers, directors, principals, agents, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, or with either of them, are enjoined and restrained from:

   (a) Copying, reproducing, manufacturing, duplicating, disseminating, distributing or using any unauthorized copies of copyrighted computer software products of Autodesk, and

   (b) Otherwise infringing any of Autodesk's copyrights.

2. The remaining claims for relief in this action have been settled with certain additional obligations to be performed by the parties pursuant to the settlement. Further, the parties agree that this Court is to retain complete jurisdiction over the settlement of the action. The remaining action is hereby dismissed with prejudice provided, however, that this Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce performance of the terms of the parties' settlement agreement, and the parties to this action consent to the jurisdiction of the Court for said purposes.

Dated: 4/3/08

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: 12/19/07

FLANDERS/CSC, LLC

By: _____
Name: _____
Title: _____

```
 1  Dated: 12/19/07           FLANDERS FILTERS, INC.
 2
 3                            By: [signature]
 4                            Name: [handwritten]
                              Title: [handwritten]
 5
 6  Dated: _____        JEFFREY G. KORN, ESQ.
 7
 8                            By: _____
                              Jeffrey G. Korn
 9                            Attorneys for Defendants
                              FLANDERS/CSC, LLC and FLANDERS FILTERS,
10                            INC.
11
12          PURSUANT TO STIPULATION, IT IS SO ORDERED
13  Dated: _____        By: _____
                              U.S. District Court Judge
14
```

-2-

| | | |
|---|---|---|
| 1 | Dated: _____ | FLANDERS FILTERS, INC. |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Name:_____ <br> Title:_____ |
| 5 | Dated: *12-24-2007* | JEFFREY G. KORN, ESQ. |
| 6 | | |
| 7 | | By: */s/ Jeffrey G. Korn/*_____ |
| 8 | | Jeffrey G. Korn <br> Attorneys for Defendants |
| 9 | | FLANDERS/CSC, LLC and FLANDERS FILTERS, INC. |
| 10 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____        By:_____
                                   U.S. District Court Judge

-2-