IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> FLANDERS/CSC, LLC., a North Carolina limited liability company, and FLANDERS FILTERS, INC., a North Carolina corporation, <br><br>    Defendant. | No. C 07-05055 WHA <br><br> **ORDER APPROVING STIPULATION TO DISMISS ACTION SUBJECT TO STATED CONDITION** |

The stipulation to dismiss this action is hereby **APPROVED**, except the Court will only retain jurisdiction to enforce the stipulated permanent injunction and settlement agreement for one year.

**IT IS SO ORDERED.**

Dated: April 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE