1 | LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
2 | JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
3 | Attorneys at Law
    300 Lakeside Drive, Suite 1900
4 | Oakland, California 94612-3570
    Telephone:   (510) 451-0544
5 | Facsimile:   (510) 832-1486
    Email: julie@donahue.com
6
    Attorneys for Plaintiff
7 | AUTODESK, INC.

8

                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | AUTODESK, INC., a Delaware corporation,          CASE NO. C07-05055 WHA

13 |                 Plaintiff,                       **PROOF OF SERVICE**

14 |         v.

15 | FLANDERS/CSC, LLC, a North Carolina
     limited liability company; and FLANDERS
16 | FILTERS, INC., a North Carolina
     corporation,
17
                     Defendants.
18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On April 7, 2008, I served copies of the attached document(s) entitled:

ORDER APPROVING STIPULATION TO DISMISS ACTION
SUBJECT TO STATED CONDITION

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Jeffrey G. Korn, Esq.
#8 1515 Resaca Boulevard
Austin, Texas 78738

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[ ] **BY FEDERAL EXPRESS.** I deposited such envelope in a Federal Express depository at Oakland, California.

[ ] **BY FACSIMILE SERVICE.** I transmitted such document(s) via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2008, at Oakland, California.

_____
Christi D. Graber

*Name of Case:* Autodesk, Inc. v. Flanders/CSC, LLC
*Name of Court and Case Number:* C 07-05055 WHA

---

PROOF OF SERVICE